**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SCOTT HENDRICKS individually and                                  PLAINTIFF
o/b/o a class of similarly situated persons

v.                      No. 4:12CV00069 JLH

INERGY, L.P.; and
INERGY PROPANE, L.L.C.                                                                DEFENDANTS

## ORDER

Before the Court are the motions for admission *pro hac vice* and relief from Local Rule 83.5(d). The motions are GRANTED. Documents #5 and #6. Sara B. Anthony and David L. Schenberg of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., in Kansas City, Missouri, are hereby admitted *pro hac vice* for the purpose of representing the defendants in this action. The requirement of Local Rule 83.5(d) that local counsel be designated is waived.

IT IS SO ORDERED this 5th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE