## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| SCOTT HENDRICKS individually and on behalf of a class of similarly situated persons | PLAINTIFF |
| v.    No. 4:12CV00069 JLH | |
| INERGY, L.P.; and INERGY PROPANE, L.L.C. | DEFENDANTS |
| JASON VICKERS, individually and on behalf of all other persons similarly situated | PLAINTIFF |
| v.    No. 4:12CV00136 BSM | |
| INERGY TRANSPORTATION, LLC; INERGY, L.P.; and INERGY HOLDINGS, L.P. | DEFENDANTS |

### ORDER

The motion to consolidate cases for discovery is GRANTED. Documents #22 and #16. The discovery in each of these cases may be used as discovery in the other case, provided that proper notice is given to counsel for all of the parties.

IT IS SO ORDERED this 25th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE