IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SCOTT HENDRICKS individually and                                                              PLAINTIFF
on behalf of a class of similarly situated persons

v.                                     No. 4:12CV00069 JLH (Lead)

INERGY, L.P.; and
INERGY PROPANE, L.L.C.                                                                         DEFENDANTS

JASON VICKERS, individually and on                                                             PLAINTIFF
behalf of all other persons similarly situated

v.                                     No. 4:12CV00136 JLH

INERGY TRANSPORTATION, LLC;
INERGY, L.P.; and INERGY HOLDINGS, L.P.                                                        DEFENDANTS

### ORDER

The parties have filed a joint motion for these cases to be consolidated, and that motion is granted. Case No. 4:12CV00136 is hereby consolidated with case No. 4:12CV00069 for all purposes. Case No. 4:12CV00069 will be the lead case. All further motions, pleadings, and other papers should be filed in case No. 4:12CV00069.

IT IS SO ORDERED this 25th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE