# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SCOTT HENDRICKS individually and                                           PLAINTIFF
on behalf of a class of similarly situated persons

v.                       No. 4:12CV00069 JLH (Lead)

INERGY, L.P.; and
INERGY PROPANE, L.L.C.                                                     DEFENDANTS

\* \* \* \* \* \* consolidated with \* \* \* \* \* \*

JASON VICKERS, individually and on                                         PLAINTIFF
behalf of all other persons similarly situated

v.                       No. 4:12CV00136 JLH

INERGY TRANSPORTATION, LLC;
INERGY, L.P.; and INERGY HOLDINGS, L.P.                                    DEFENDANTS

## ORDER

The motion by Jason Vickers for leave to file certain exhibits under seal is GRANTED. Document #115.

IT IS SO ORDERED this 8th day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE